█ In the Matter of GERTRUDE JEFFERSON, Respondent, v. DAVID N. DINKINS et al., Constituting the Board of Elections of the City of New York, and GARLAND ROBERTS, Appellant.— In a proceeding to invalidate petitions designating appellant as a candidate in the election to be held on May 1, 1973 for the public position of Member of the New York City Community School Board of District 13, the appeal is from a judgment of the Supreme Court, Kings County, entered April 27, 1973, which granted the application. Judgment affirmed, without costs. No opinion. Hopkins, Acting P. J., Munder, Shapiro, Gulotta and Christ, JJ., concur.